UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECHNOMARINE SA, a Swiss Corporation, | Civil Action No. 11 Civ. 9643 (DAB) |
| Plaintiff, | **ECF** |
| – against – | |
| GIFTPORTS, INC., a New York Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the Complaint, the Stipulation and Order entered March 14, 2012 (Docket No. 8) and the accompanying Declaration of William Thomashower dated March 28, 2012 and the exhibits thereto, and upon the accompanying Memorandum of Law, Defendant Giftports, Inc. moves this Court, before the Hon. Deborah A. Batts, U.S.D.J., in Courtroom 24B at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10017, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint on the grounds of res judicata, failure to state a claim and on the grounds of acquiescence, equitable estoppel and laches.

PLEASE TAKE FURTHER NOTICE that pursuant to the Stipulation and Order of March 14, 2012, plaintiff's opposition papers are to be served on the undersigned counsel

and filed on or before April 20, 2012, whereupon defendant's reply papers are to be served and filed on or before May 1, 2012.

Dated: New York, New York
March 28, 2012

                      SCHWARTZ & THOMASHOWER LLP

                      By: s/William Thomashower
                          William Thomashower
                          15 Maiden Lane, Suite 705
                          New York, NY  10038-5120
                          Tel:  212-227-4300
                          Fax:  212-227-4311

                      *Attorneys Defendant,*

                      GIFTPORTS, INC.

TO:    Brent Blakely, Esq.
        Cindy Chan, Esq.
        Blakely Law Group
        915 North Citrus Ave.
        Hollywood, CA 90038

        *Attorneys for Plaintiff*